UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASHONDRA FLOYD, Derivatively on Behalf of Nominal Defendant OLO, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOAH GLASS, BRANDON GARDNER, COLIN NEVILLE, DAVID FRANKEL, DANIEL MEYER, LINDA ROTTENBERG, RUSSELL JONES, ZUHAIRAH WASHINGTON, JAMES D. ROBINSON IV, DAVID CANCEL, and PETER J. BENEVIDES, <br><br> Defendants, <br><br> and <br><br> OLO, INC., <br><br> Nominal Defendant. | Case No.: 1:23-cv-03770 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cashondra Floyd hereby voluntarily dismisses the above-captioned action against all Defendants without prejudice. Defendants have served neither answers, nor a motion for summary judgment herein.

/ / /

Dated: May 25, 2023                    **RIGRODSKY LAW, P.A.**

By: /s/ *Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Attorneys for Plaintiff Cashondra Floyd*